AO 247 (Rev. 08/14) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Richard Joseph Lynn | ) Case No: 89-0072 |
| | ) USM No: |
| Date of Original Judgment: Dec. 15, 1989 | ) |
| Date of Previous Amended Judgment: | ) William M. Norris |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

The Court adopted the presentence report's calculation of a base offense level of 36, based on the defendant being held responsible for 13,200 kilograms of cocaine. Even after Amendment 782, the base offense level for 150 kilograms or more of cocaine is 36 (or 38 if at least 450 kilograms). Because the defendant's base offense level has not been lowered by Amendment 782, he is ineligible for relief under Section 3582(c)(2).

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: July 22, 2016                            s/WILLIAM H. STEELE
                                                      *Judge's signature*

Effective Date: _____                               WILLIAM H. STEELE, Chief United States District Judge
*(if different from order date)*                      *Printed name and title*